IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00694-WYD-BNB

RICHARD EVERHART,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Extend All Deadlines in Scheduling Order** [docket no. 12, filed June 16, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Deadline for joinder of parties and amended of pleadings:   **July 30, 2014**;

Expert Witness Disclosures:
    The parties shall designate all experts and provide opposing
    counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
    on or before **October 14, 2014**;

    The parties shall designate all rebuttal experts and provide
    opposing counsel with all information specified in Fed. R. Civ. P.
    26(a)(2) on or before **November 13, 2014**;

Discovery Cut-off:                                **December 14, 2014**;
Dispositive Motion Deadline:               **January 13, 2015**.

IT IS FURTHER ORDERED that the Pretrial Conference set for February 17, 2015, is **vacated and reset to March 18, 2015, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **March 11, 2015**.  Please remember that anyone seeking entry into the Alfred A. Arraj

United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2(b).

DATED:  June 16, 2014