IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:     14-cv-00694-WYD-BNB | Date: September 2, 2014 |
| Courtroom Deputy: Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| RICHARD EVERHART | *Keith E. Frankl* |
| **Plaintiff(s)** | |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY | *Scott C. James* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  1:28 p.m.

Appearance of counsel.

Discussion held on [23] Motion to Compel Production of Documents.

**ORDERED:** [37] **Motion to Withdraw Motion to Compel Documents from PT&C is GRANTED.**

[23] **Motion to Compel Production of Documents is DENIED as withdrawn.**

Argument given on [18] Plaintiff's Motion to Compel Discovery and [19] Plaintiff's Second Motion to Compel Discovery Depositions or at Least Cooperation.

**ORDERED:** [18] **Plaintiff's Motion to Compel Discovery is DENIED.**

[19] **Plaintiff's Second Motion to Compel Discovery Depositions or at Least Cooperation is DENIED as no relief was requested.**

Argument given on [31] Second Motion to Compel Production of Documents.

**ORDERED:   [31] Second Motion to Compel Production of Documents is GRANTED IN PART and DENIED IN PART.**

Discussion held on [20] Plaintiff's Second Motion to Extend Deadlines in Scheduling Order.

**ORDERED:   [20] Plaintiff's Second Motion to Extend Deadlines in Scheduling Order is GRANTED.**

    **Discovery cut-off is extended to:  April 13, 2015.**

    **Dispositive motion deadline is extended to: May 13, 2015.**

    **Affirmative expert disclosure deadline:  February 13, 2015.**

    **Rebuttal expert disclosure deadline:  March 13, 2015.**

    **Final Pretrial Conference is reset to July 14, 2015 at 9:00 a.m.**

Defense will comply with the order regarding production of documents by October 2, 2014.

Discussion held on protective order.

Court in Recess:  2:59 a.m.        Hearing concluded.        Total time in Court:   01:31

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119