IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00694-WYD-BNB

RICHARD EVERHART,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

___

**ORDER**
___

This matter arises on the parties' **Joint Motion for Modification of Protective Order** [Doc. # 73, filed 1/26/2015] (the "Motion"), which is DENIED without prejudice.

I previously entered a blanket protective order [Doc. # 40], drafted by the parties, which protects from public disclosure documents and information disclosed in discovery by the defendant. The Motion appears to seek to make that protective order mutual so that it may be invoked by the plaintiff. Rather than submitting a revised protective order which is phrased in mutual terms, however, the parties have affixed to the end of the Motion a signature block which states "SO ORDERED" and provides a place for my signature. This is improper. See D.C.COLO.LCivR 7.1(g).

IT IS ORDERED:

(1)   The Motion [Doc. # 73] is DENIED without prejudice; and

(2)   The parties may submit a revised form of protective order, similar in form to the Protective Order [Doc. # 40] previously entered, but which is mutual in its scope.

Dated February 4, 2015.

BY THE COURT:

　s/ Boyd N. Boland
United States Magistrate Judge