# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00694-WYD-NYW

RICHARD EVERHART,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff Richard Everhart and Defendant American Family Mutual Insurance Company's (the "Parties") Joint Motion to Vacate Hearing ("Joint Motion"). [#80, filed February 25, 2015]. Also before the court is the Parties' Motion to Amend/Correct/Modify Joint Motion for Protective Order ("Motion to Amend"). [#77, filed February 16, 2015]. Pursuant to the Order Referring Case dated March 7, 2014 [#4] and the memoranda dated February 26, 2015 [#81] and February 16, 2015 [#78], respectively, these matters were referred to this Magistrate Judge.

    IT IS ORDERED:

(1) The Joint Motion is GRANTED. The Motion Hearing set for February 27, 2015 at 1:30 p.m. is **vacated**, to be reset at a later date if deemed necessary;

(2) The Motion to Amend is GRANTED. This court requested a Word version of the Proposed Amended Protective Order ("Protective Order") from the Parties in an email dated February 19, 2015, to which they did not respond. The Parties shall submit a Word version of the Protective Order to Wang_chambers@cod.uscourts.gov on or before **March 4, 2015**.

DATED: February 26, 2015